Allan Skill Cole
skillcole@aol.com

-----Original Message-----
From: Chris Blackwell <chipbean@mac.com>
To: pwilliams <pwilliams@ascap.com>
Cc: Skill ALLAN COLE <skillcole@aol.com>
Sent: Mon, Jul 7, 2014 5:09 pm
Subject: Allan 'skill' COLE

Hello,

I am contacting you because Alan'skill' Cole who was a very close friend of Bob Marley asked me to try and find out why he has received so little royalties from the five songs he is credited with writing.
NATTY DREAD
JOHNNY WAS
WAR
RAT RACE
ZIMBABWE.

HE IS PROPERLY CREDITED AS WRITER ON THESE SONGS FOR ASCAP PURPOSES AND YET HE HAS RECEIVED VERY LITTLE FOR SOME REASON. COULD U APPOINT SOMEONE TO RESEARCH THE SITUATION PLEASE.

ONE LOVE. THANK U
CHRIS BLACKWELL


Sent from my iPhone

Exhibit "C"

Allan Skill Cole
skillcole@aol.com


-----Original Message-----
From: Chris Blackwell <chipbean@mac.com>
To: Skill ALLAN COLE <skillcole@aol.com>
Sent: Wed, Jul 16, 2014 11:26 am
Subject: Fwd: Allan Cole

It doesn't look like the songs were ever registered to you other than Natty Dread.  Also it seems that you should
become a member of one of the
Societies.

One love.   Chris

Chris Blackwell.

Begin forwarded message:

**From:** John Titta <jtitta@ascap.com>
**Date:** July 15, 2014 at 6:40:54 PM GMT+1
**To:** chipbean@mac.com
**Subject: Allan Cole**

Hi Chris

Hope all is well...it's been a while since we spoke last. I ended up selling my catalog and moved over to ASCAP as the new head of membership.

Paul Williams forwarded me your email concerning Allan Cole. I had someone on my staff look into it and here is what they found.

Allan Cole is not a current affiliate of any society. As a result it does not appear that he has received any International Royalties for these songs. If he joins we can reach out to societies for outstanding payments on these songs but with little guarantee that a signification amount will be adjusted to him.

1. "Natty Dread" - We've paid via a pay direct account on the non-member account a $1,399.07 in the last 5 years.

2. "Johnny Was" - Allan is not listed as a co writer on this work. The sole writer listed on this song is Rita Marley.

3. "War" - The wrong Allan Cole is listed on this work. ASCAP has been paying STIM for another Allan Cole. We can update this work and credit Allan back to 4Q2012 performances for a total of $315.18.

4. "Rat Race" - Allan is not listed as a co writer on this work. The sole writer listed on this song is Rita Marley.

5. "Zimbabwe"- Allan is not listed as a co writer on this work. The sole writer listed on this song is Bob Marley.

It looks like the only works that Alan is entitled to are "Natty Dread" and "War". If Allan has documentation indicating otherwise we can reach out to Rita Marley's representative to confirm and update the works accordingly.

Please let me know if there is anything else I can do.

All the best,
John

John Titta
EVP Membership
ASCAP
1900 Broadway
New York, N.Y. 10023
212.621.8384
jtitta@ascap.com

This e-mail and any files or data transmitted with it are confidential and intended solely for the use of the individual named above. If you have received this email in error and are not the intended recipient, please notify the sender by e-mail and immediately delete the message and all materials without reading them.  If you are not the intended recipient, copying, forwarding or otherwise disseminating or distributing this

Allan Skill Cole
skillcole@aol.com

-----Original Message-----
From: Chris Blackwell <chipbean@mac.com>
To: Skill ALLAN COLE <skillcole@aol.com>
Sent: Wed, Aug 20, 2014 7:04 pm
Subject: Fwd: ALLAN COLE

I don't speak with people who are litigating me or my friends or my companies.
My lawyer talks with his lawyer

Chris Blackwell.

Begin forwarded message:

**From:** Buzz Mono <back2tomono@hotmail.com>
**Date:** August 20, 2014 at 6:04:18 PM EST
**To:** Chris Blackwell 1 <chipbean@mac.com>
**Cc:** "skillcole@aol.com" <skillcole@aol.com>
**Subject: FW: ALLAN COLE**

Allan has asked me to assist with his performance money problems.

Call me.
07717 575033
Mark St. John

To: back2tomono@hotmail.com
Subject: Fwd: ALLAN COLE
From: skillcole@aol.com
Date: Wed, 20 Aug 2014 18:45:00 -0400

-----Original Message-----
From: Chris Blackwell <chipbean@mac.com>
To: Skill ALLAN COLE <skillcole@aol.com>
Sent: Mon, Aug 18, 2014 11:09 am
Subject: Fwd: ALLAN COLE

Call me.

Chris Blackwell.
Begin forwarded message:

**From:** Gillian Morris <Gillian@bluemountainmusic.tv>
**Date:** August 14, 2014 at 3:12:47 PM EST
**To:** "Chris Blackwell (chipbean@mac.com)" <chipbean@mac.com>
**Cc:** 'Suzette Newman' <sn@islandlife.co.uk>, Justin Dowling <Justin@bluemountainmusic.tv>
**Subject: ALLAN COLE**

Dear Chris – I wanted to let you know that I heard further from ASCAP about the Allan Cole registrations and all seem to be correct at this point for his credited works, which are listed below.   ASCAP also let me know that they have reached out to Allan a couple of times with regard to registering, but have not heard back from him.

I think we've done all we can for now, but please let me know if you have any further questions or need ASCAP to do any more research.

Many thanks,

Gillian

**Natty Dread** (Cole / Rita Marley) (ASCAP was original paying the wrong Allan Cole but advised that they are crediting back to Q212 ($314.00).  This registration has been corrected)

**War** (Cole / Barrett)

**War / No More Trouble** (Cole / Barrett / Marley)

**Breathe and Stop** ("War" Sample) (Cole / Barrett / Cartagena / Taylor / Torres)

**La Guerre** ("War" alt title – translation) (Cole / Barrett)

**From:** Gillian Morris
**Sent:** 05 August 2014 13:13
**To:** 'Chris Blackwell'; SN UK; Justin Dowling
**Subject:** RE: Awaiting your offer

Dear Chris:

I'm researching the authorship of Rat Race and Johnny Was, but these titles have, since the 1970s, been credited to Rita.  Are we considering this an actual counter-claim by Cole after 40 years?

Zimbabwe is pretty secure as a Bob Marley work, but I will find the supporting documentation.

As for international performance royalties, it seems nothing can be done until he affiliates with ASCAP or another society (but ASCAP is the most obviously choice).  Do we need to (or want to) help him with this?

Thanks,

Gillian

**From:** Chris Blackwell [mailto:chipbean@mac.com]
**Sent:** 04 August 2014 22:17
**To:** SN UK; Gillian Morris; Justin Dowling
**Subject:** Fwd: Awaiting your offer


Chris Blackwell.


Begin forwarded message:

**From:** skillcole@aol.com
**Date:** August 4, 2014 at 7:01:04 PM EST

**To:** chipbean@mac.com
**Subject: Re: Awaiting your offer**

What/who do you suppose the root of the problem is?

May I ask where or who submitted whatever was documented?

All Games must come to an END!!!!!!ARE WE GONNA STOP RUNNING AROUND THIS MAZE??????

-----Original Message-----
From: Chris Blackwell <chipbean@mac.com>
To: skillcole <skillcole@aol.com>
Sent: Mon, Aug 4, 2014 4:06 am
Subject: Re: Awaiting your offer

Well at least we are getting to the root of the problem.

We have been paying who we were told to pay.

We will be trying to recover mispayments from the societies & those who have been wrongly paid.

Cb
Chris Blackwell.


On Aug 4, 2014, at 12:55 AM, skillcole@aol.com wrote:

Good Evening

   It has been weeks since we last communicated.I FEEL AS IF I HAVE BEEN IN A MAZE!!!!!!!Apart from the fact that ASCAP has the wrong 'ALLEN" NOT "ALLAN",THEN TO DISCOVER THAT BLUE MOUNTAIN HAS BEEN PAYING RITA MARLEY MY ROYALTIES,WHEN RITA NEVER WROTE A LINE....AMONGST OTHER FACTORS...


WHERE DO WE STAND?AWAITING YOUR RESPONSE

Allan Skill Cole
skillcole@aol.com

-----Original Message-----
From: Chris Blackwell <chipbean@mac.com>
To: Philip Paulwell <PPaulwell@citeconsult.com>
Cc: Skill ALLAN COLE <skillcole@aol.com>
Sent: Thu, Sep 24, 2015 8:50 am
Subject: SKIL COLE

Hi Philip,

I and other members of my staff have spoken with the Marley family and also to their lawyers and they are not prepared to
pay anything to Skil. There seems to be a lot of bad blood between them and they are adamant.
Skil should have registered the songs with ASCAP 30 years
or more ago and he would have received performance
royalties all this time. (ASCAP pay royalties DIRECTLY to the listed writers, NOT thru the publishers.)

There is nothing more that I can do.

As Skil is directly connected to the family ( his son and Rita's
daughter have a child together ), he himself should speak with
them and ask directly. That's the only solution I can think of at
this time. I have done my best to try and sort it out without success.

One love. Chris

JAMAICA+18763833600 USA+19175628500
message +18763837800 UK+447775858202